IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>              Plaintiff,           )<br>                                                        )<br>       vs.                                       )<br>                                                        )<br>KENNETH R. HEATH,                  )<br>                                                        )<br>              Defendant.       ) | 8:06CR295<br><br>ORDER |

This matter is before the court on defendant's unopposed MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [17]. On October 18, 2006, the court granted an identical motion and extended the pretrial motion deadline by 30 days. Considering the case history, the court believes the parties have been given adequate time to conduct plea negotiations and finds that defendant has not shown good cause for further extending the pretrial motion deadline.

IT IS ORDERED that the MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [17] is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. See NECrimR 57.2(d).

DATED this 17th day of November, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge