IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )          8:06CR295
                               )
     v.                        )
                               )
KENNETH R. HEATH,              )          ORDER
                               )
          Defendant.           )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Friday, April 13, 2007, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 5th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court