IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:06CR295 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH R. HEATH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reconsideration and clarification (Filing No. 90). The Court has consulted with the probation office and has reviewed the file, including the sentence imposed by the state court, and finds defendant received the benefits of credit for time served to which he is entitled. Accordingly,

IT IS ORDERED that defendant's motion for reconsideration and clarification is denied.

DATED this 25th day of May, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court